IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| OSCAR ARMANDO, PRO SE, TDCJ-CID No. 1361831, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 2:16-CV-0108 |
| GERALD WAYNE WHIFIELD, Law Library Officer; JHON GOSSET, Law Library Officer; and NFN MILBURN, Assistance Warden, | § § § § § | |
| Defendants. | § § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE AND DENYING INJUNCTIVE RELIEF**

Plaintiff, OSCAR ARMANDO, acting *pro se*, filed a Motion for Preliminary Injunction and Temporary Restraining Order in the above-referenced and numbered cause.

On February 28, 2017, the Magistrate Judge issued a Report and Recommendation recommending plaintiff's Motion for a Preliminary Injunctive and/or Temporary Restraining Order be DENIED.

On March 7, 2017, plaintiff filed objections to the Report and Recommendation.

The Court has made an independent examination of the records in this case and has examined the Magistrate Judge's Report and Recommendation, as well as the objections submitted by plaintiff.

The Court is of the opinion that plaintiff's other objections are without merit and should be OVERRULED and the Report and Recommendation of the United States Magistrate Judge should be ADOPTED by the United States District Court.

This Court, therefore, does OVERRULE plaintiff's objections, and does hereby ADOPT the Report and Recommendation of the United States Magistrate Judge. The plaintiff's motion for injunctive relief and/or a temporary restraining order is without merit and is DENIED.

This terminates docket entry no. 11.

It is SO ORDERED.

Signed this the 23rd day of March, 2017.

MARY LOU ROBINSON
United States District Judge